UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22708-CIV-KMM

DAGOBERTO CATALINO DIAZ )
HERNANDEZ and all others similarly situated )
under 29 U.S.C. 216(b), )
 )
      Plaintiff, )
 )
vs. )
 )
LAUNDRY ZONE, INC., )
JOSEPH LAHOUD, )
JEANNE D'ARC LAHOUD, )
 )
      Defendants. )
 )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R.CIV. P. 41

**COME NOW** the Parties, by and through their respective undersigned counsel, and hereby file a Joint Stipulation of Dismissal With Prejudice, pursuant to Federal Rules Civil Procedure 41, with each side to bear their own attorneys' fees and costs.

No settlement has been reached and Defendants are not offering or paying any compensation to plaintiff or his counsel, whatsoever in exchange for this dismissal by plaintiff of all of his claims

All pending Motions are moot in light of this stipulation. This stipulation ends this litigation between the Parties and their counsel.

Respectfully submitted, this 11th day of April, 2016.

| | |
|---|---|
| J. H. ZIDELL, P.A. | RICHARD CELLER LEGAL, P.A. |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 300 71st Street, Suite 605 | 7450 Griffin Road, Suite 230 |
| Miami Beach, Florida 33141 | Davie, Florida 33314 |

| | |
|---|---|
| By: /s/ *Rivkah F. Jaff* <br> Rivkah F. Jaff, Esquire <br> Florida Bar No. 107511 <br> Ph: 305-865-6766 <br> Fax: 305-865-7167 <br> Rivkah.Jaff@gmail.com | by: /s/ *Richard B. Celler* <br> Richard B. Celler, Esquire <br> Florida Bar No. 35257 <br> Ph: (954) 243-4295 <br> Fax: (954) 337-2771 <br> Richard@floridaovertimelawyer.com |